IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FISHER,<br><br>        Plaintiff,<br><br>  v.<br><br>CITY OF PITTSBURG CALIFORNIA ET AL,<br><br>        Defendant.<br>_____/ | No. C-05-02774 CW (EDL)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO COMPEL AND FOR SANCTIONS** |

    On August 21, 2007, the motion of Defendants Thompson, Del Greco, and Galer came on for hearing. Attorney Owen Rooney appeared for the defendants. Plaintiff Richard Fisher appeared pro se by telephone. After full consideration of the papers and for the reasons stated at the hearing, the Court grants in part and denies in part Defendants' motion as follows.

    Plaintiff is ordered to produce within thirty days of the date of this order all documents relating to the lawsuit that Plaintiff has access to, i.e., that are in his possession, custody, and control, including the report referred to in Plaintiff's initial discovery responses if he has access to it. In addition, within thirty days of the date of this order, Plaintiff is ordered to produce a narrative description detailing the basis for his claims. Specifically, the narrative must include a description of what happened and what each defendant is alleged to have done, separating out to the extent possible the actions of each defendant.

    Defendants' request for sanctions is denied.

**IT IS SO ORDERED.**

Dated: August 21, 2007

*Elizabeth D. Laporte*
_____
ELIZABETH D. LAPORTE
United States Magistrate Judge