IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD F. FISHER,

    Plaintiff,

    v

CITY OF PITTSBURG CALIFORNIA

    Defendants.

Case No C 05-2774

REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING

A settlement conference in this matter was held on February 6, 2008. The results of that proceeding are indicated below:

(1)     The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

- ☒ Plaintiff
- ☐ Warden or warden's representative
- ☐ Office of the California Attorney General
- ☒ Other: Owen Thomas Rooney, Counsel for City of Pittsburg

| | |
|---|---|
| 1 | (2) The following individuals, parties, and/or representatives did not appear: |
| 2 | (3) The outcome of the proceeding was: |

1  (2)  The following individuals, parties, and/or representatives did not appear:
2  (3)  The outcome of the proceeding was:
3      ☐ The case has been completely settled.
4      ☐ The case has been partially resolved and, on or before
5      _____, counsel for defendants shall file a joint stipulation specifying
6  those claims which have been resolved and those that remain to be resolved by the Court.
7      ☐ The parties agree to an additional follow up settlement on _____.
8      ☒ The parties are unable to reach an agreement at this time.

Date:  February 12, 2008

_____
Nandor J Vadas
United States Magistrate Judge

1
2
3
4
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FISHER                                                                  No. C 05-2774

v.                                                                          CERTIFICATE OF SERVICE

CITY OF PITTSBURG
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _February 12, 2008_, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Richard F. Fisher**
T-83070
CA State Prison-Avenal
330-1-42-L
P.O. Box 9
Avenal, CA 93204

RICHARD W. WIEKING, CLERK

By:/s/_____
Deputy Clerk

3