IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD F. FISHER,<br><br>             Plaintiff,<br><br>      v.<br><br>CITY OF PITTSBURG CALIFORNIA, et al.,<br><br>             Defendants.                   / | No. C 05-2774 CW (PR)<br><br>ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

   IT IS HEREBY ORDERED that Plaintiff is GRANTED an extension of time in which to file his opposition to Defendants' Motion for Summary Judgment.  The time in which Plaintiff may file his opposition to Defendants' Motion for Summary Judgment will be extended up to and including <u>forty-five(45)days</u> from the date of this Order.

   If Defendants wish to file a reply brief, they shall do so no later than <u>fifteen (15) days</u> after the date Plaintiff's opposition is filed.

     IT IS SO ORDERED.

Dated:  3/19/08

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

P:\PRO-SE\CW\CR.05\Fisher2774.Opp2MSJ.frm

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

FISHER,

        Plaintiff,

v.

CITY OF PITTSBURG CALIFORNIA ET AL
et al,

        Defendant.

Case Number: CV05-02774 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 19, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Owen Thomas Rooney
Peter Pratt Edrington
Edrington Schirmer & Murphy
2300 Contra Costa Boulevard
Suite 450
Pleasant Hill, CA 94523

Richard F. Fisher T-83070
CA State Prison-Avenal
330-1-42-L
P.O. Box 9
Avenal, CA 93204

Dated: March 19, 2008

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk