IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
RICHARD FISHER,                          No. 05-02774 CW

          Plaintiff,                     ORDER SETTING
                                         CASE MANAGEMENT
     v.                                  CONFERENCE

CITY OF PITTSBURG CALIFORNIA, et al.,

          Defendants.
                                    /
```

   Notice is hereby given that a Case Management Conference will be held on January 13, 2009, at 2:00 p.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA.  Separate Case Management Statements will be due one week prior to the conference. Defendants' counsel may appear by telephone through CourtCall.

   The Court has been informed that the Plaintiff has been paroled, but Plaintiff has not notified the Court of a new address. Pursuant to Local Rule 3-11:

> "... An Attorney or a party proceeding pro se whose address changes while an action is pending must promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address.
>
> The Court may, without prejudice, dismiss a complaint or strike an answer when:  (1) Mail directed to the attorney or pro se party by the Court has been returned to the Court as not deliverable; and (2) The Court fails to receive within 60 days a written communication from the

attorney or pro se party indicating a current address."

If Plaintiff fails to appear at the Case Management Conference, the above-captioned case will be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated 12/18/08

CLAUDIA WILKEN
United States District Judge

**United States District Court**
For the Northern District of California

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | FOR THE |
| 3 | NORTHERN DISTRICT OF CALIFORNIA |

FISHER,   Case Number: CV05-02774 CW

      Plaintiff,   **CERTIFICATE OF SERVICE**

  v.

CITY OF PITTSBURG CALIFORNIA ET AL et al,

      Defendant.
       /

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 18, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard F. Fisher
T-83070
CA State Prison-Avenal
P.O. Box 9
Avenal, CA 93204

Richard F. Fisher
T-83070
REG/COMPTON 2
1957 E. Del Amo Blvd., Suite 1
Compton, CA 90220

Dated: December 18, 2008
                             Richard W. Wieking, Clerk
                             By: Sheilah Cahill, Deputy Clerk