UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FISHER | No. 05-02774 CW (NJV) |
|       Plaintiff(s), | |
|   v. | **NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |
| CITY OF PITTSBURG CALIFORNIA ET AL | |
|       Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference is scheduled for January 22, 2009 , at 10:00 a.m. in Courtroom 11, 19th Floor, 450 Golden Gate Avenue, San Francisco, California. Updated confidential settlement conference statements shall be lodged with the Court by January 20, 2009 .

Lead trial counsel shall appear at the Settlement Conference with the parties and persons having full authority to negotiate and settle the case.

The parties shall notify the undersigned's Chambers immediately at (707) 445-3612 if this case settles prior to the date set for the Further Settlement Conference.  All other provisions of this Court's original Notice and Settlement Conference Order remain in effect.

IT IS SO ORDERED.

Dated: January 7, 2009

_____
Nandor J. Vadas
United States Magistrate Judge

SC-further

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Fisher

V.

City of Pittsburgh
_____/

No.  C 05-2774 CW

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 7, 2009, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Richard F. Fisher**
820 23rd St.
Richmond, CA 94804

RICHARD W. WIEKING, CLERK

By:/s/_____
          Deputy Clerk

SC-further

2