IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD F. FISHER,

    Plaintiff,

  v.

CITY OF PITTSBURG CALIFORNIA, et al.,

    Defendants.
                                 /

No. C 05-02774 CW

ORDER RE FAILURE TO APPEAR

    A case management conference was held on January 13, 2009, in the above-captioned case.  No appearance was made by Plaintiff.  A settlement conference is currently set for January 22, 2009, at 10:00 a.m., before Magistrate Judge Nanor Vadas in Courtroom 11, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA.  **Failure by Plaintiff to appear at the settlement conference will result in dismissal of this case for failure to prosecute.**  If the case does not settle at the settlement conference, the case is also set for a pretrial conference on February 10, 2009, at 2:00 p.m., in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA, and a jury trial on March 2, 2009, at 8:30 a.m.

    IT IS SO ORDERED.

Dated: 1/14/09

                                        CLAUDIA WILKEN
                                        United States District Judge

cc: NJV

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

FISHER,

        Plaintiff,

v.

CITY OF PITTSBURG CALIFORNIA ET AL et al,

        Defendant.

Case Number: CV05-02774 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 14, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard F. Fisher
820 23rd St.
Richmond, CA 94804

Dated: January 14, 2009

                        Richard W. Wieking, Clerk
                        By: Sheilah Cahill, Deputy Clerk

2